IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-253-RJC-DCK

| INVUE SECURITY PRODUCTS INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SPECIALTY STORE SERVICES, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Benjamin F. Sidbury, concerning William P. Oberhardt on May 22, 2013. Mr. Oberhardt seeks to appear as counsel *pro hac vice* for Defendant Specialty Store Services, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** William P. Oberhardt is hereby admitted *pro hac vice* to represent Defendant Specialty Store Services, Inc.

**SO ORDERED**.

Signed: May 22, 2013

David C. Keesler
United States Magistrate Judge